PEABODY v. REES.

*Appeal from Dubuque District Court — Thursday, December 22, 1864.*

INDORSEE OF PROMISSORY NOTE AFTER MATURITY, WITH NOTICE OF DEFENSES, IS PROTECTED IF HE RECEIVED THE NOTE FROM A PRIOR INDORSEE TO WHOM IT WAS INDORSED BEFORE MATURITY AND WITHOUT KNOWLEDGE.

The decision of the court was announced by —

WRIGHT, Ch. J. — *Promissory note.* The note was negotiable, indorsed *before due* to an innocent indorsee, and by him, *after due*, to the plaintiff, *who had knowledge that the consideration had failed.* Upon principle and authority there can be no question as to the right of

plaintiff to recover. Without more, see Story on Prom. Notes, § 191, and cases there cited. Any other rule would defeat the negotiability and circulation of negotiable paper. It is founded, in the language of Judge STORY, "in the most comprehensive and liberal principles of public policy." The case of *Barlow* v. *Scott's Administrators*, 12 Iowa, 63, does not conflict with this ruling.

Affirmed.

*W. T. Barker* for the appellant — *E. McCreary* for the appellee.